```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN

ALBERT W. CALLWOOD, MARIA DE LOS A.   )
CALLWOOD,                             )
                                      )
                    Plaintiff,        )
                                      )   Civil No. 2014-09
v.                                    )
                                      )
ISLAND ROADS CORPORATION; GOVERNMENT  )
OF THE VIRGIN ISLANDS; GUSTAV JAMES,  )
PUBLIC WORKS COMMISSIONER; KENNETH    )
MAPP[1], GOVERNOR,                    )
                                      )
                    Defendants.       )
                                      )
                                      )
```

**ATTORNEYS:**

**Albert W. Callwood**
**Maria De Los A. Callwood**
St. Thomas, USVI
    *Pro se plaintiffs,*

## JUDGMENT

**GÓMEZ, J.**

Before the Court is the Complaint of Albert Callwood and Maria Callwood against Island Roads Corporation, the Government of the Virgin Islands, Public Works Commissioner Gustav James, and Governor Kenneth Mapp.

---

[1] Kenneth Mapp became Governor of the Virgin Islands in January, 2015. Gustav James is the current Commissioner of Public Works. Pursuant to Federal Rule of Civil Procedure 25, the caption has been changed to reflect the change in governors and commissioners.

*Callwood v. Island Roads Corp.*
Civil No. 2014-09
Judgment
Page 2

For the reasons articulated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that this case is **DISMISSED**; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions in this case are **MOOT**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez**
**District Judge**